137

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of United States v. Julius Kayser & Co. (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiffs was sustained.

**No. 51487.**—Protests 127661–K, etc., of F. Schumacher & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 27, 1946

**No. 51488.**—Protests 114442–K, etc., of W. F. Mackay (Pembina).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in Tower & Sons v. United States (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 51489.**—Protests 820295–G, etc., of Lun Tai & Co. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of United States v. Fung Chong Co. (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 as oranges was sustained.

**No. 51490.**—Protests 27515–K/89141, etc., of Joseph Antognoli & Co., et al. (Chicago).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following the decisions cited, the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of Scaramelli v. United States (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of Scaramelli v. United States, supra. The protests were sustained to this extent.

**No. 51491.**—Protests 119195–K, etc., of Standard Wine & Liquor Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in United States v. Somerset (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to

10 percent or more of the total contents of the various barrels, casks, packages, etc., was lost in transit from the port of exportation to the port of destination, because of breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gaugers' returns as verified by the affidavits of the importers. The protests were sustained to this extent.

**No. 51492.**—Protests 122470–K, etc., of Capitol Wine & Spirit Corp. et al. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of the various barrels, casks, packages, etc., was lost in transit from the port of exportation to the port of destination, because of breakage, leakage, or damage.   In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gaugers' returns as verified by the affidavits of the importers.   The protests were sustained to this extent.

DECEMBER 23, 1946

**No. 51493.**——Protest 71854–K of Charles C. Perry.   C. D. 1032.   Plaintiff's application for rehearing denied.

DECEMBER 24, 1946

**No. 51494.**—SUIT 4544.—*United States* v. *Procter & Gamble Mfg. Co.* C. D. 981 affirmed November 4, 1946. C. A. D. 345.

**No. 51495.**—SUIT 4546.——*Rudolph Schick* v. *United States.*   C. D. 995 affirmed November 4, 1946.   C. A. D. 348.

DECEMBER 26, 1946

**No. 51496.**—SUIT 4526.—*Washington Handle Co.* v. *United States.*   C. D. 936 affirmed November 4, 1946.   C. A. D. 346.

**No. 51497.**—SUIT 4531.—*United States* v. *Browne Vintners Co., Inc.*   Abstract 50456 affirmed November 4, 1946.   C. A. D. 351.

**No. 51498.**—SUIT 4542.——*United States* v. *Eurasia Import Co., Inc.*   C. D. 975 affirmed November 4, 1946. C. A. D. 353.

DECEMBER 27, 1946

**No. 51499.**—SUIT 4527.—*Robert E. Miller & Co., Inc.* v. *United States.*   C. D. 940 affirmed November 4, 1946.   C. A. D. 349.

**No. 51500.**—SUIT 4543.—*Reichard Coulston, Inc.* v. *United States.*   Abstract 50801 affirmed November 4, 1946.   C. A. D. 350.